IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| BARBARA A. BREWER, ) | CASE NO. 19-02370 |
| ) | |
| DEBTOR. ) | |
| ) | |
| ) | |
| NATIONSTAR MORTGAGE LLC ) | |
| D/B/A MR. COOPER, THE ) | |
| SERVICING AGENT FOR US BANK ) | |
| NATIONAL ASSOCIATION, NOT IN ) | |
| ITS INDIVIDUAL CAPACITY BUT ) | |
| SOLELY AS TRUSTEE FOR THE ) | |
| CIM TRUST 2017-8 MORTGAGE- ) | |
| BACKED NOTES, SERIES 2017-8, ) | |
| ) | |
| MOVANT. ) | |
| ) | |
| vs. ) | |
| ) | |
| BARBARA A. BREWER, ) | |
| DAN HARMON JR, Co-Debtor ) | |
| ) | |
| DEBTOR. | |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY
OR IN THE ALTERNATIVE MOTION FOR ADEQUATE PROTECTION**

COMES NOW Nationstar Mortgage LLC d/b/a Mr. Cooper, the servicing agent for US Bank National Association, not in Its Individual capacity but solely as Trustee for the CIM Trust 2017-8 Mortgage-Backed Notes, Series 2017-8, and moves the Court for relief from the automatic stay pursuant to Rule 1001(a) and Rule 9014, in order that it may proceed with its foreclosure of a mortgage secured by Debtor's property and as grounds for said motion say as

follows:

(1) Debtor's and Co-Debtor's real property is encumbered by a Mortgage which is attached hereto, marked Exhibit "A" and specifically made a part hereof.

(2) Movant's interest in real property described on the attached Mortgage located at 1531 Granville Avenue, Bessemer, Alabama 35020 is not adequately protected.

(3) On or about June 12, 2019, your Debtor, Barbara A. Brewer, petitioned this Honorable Court for Debtor's protection pursuant to Title 11, Chapter 13 of the United States Code.

(4) Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

(5) Movant is the holder of a secured claim in this proceeding as evidenced by its Proof of Claim filed with the Court. Said Proof of Claim is designated as Claim 3-1 by the Clerk. Said Proof of Claim (with attachments) is incorporated herein by reference. Said Proof of Claim is secured by a first mortgage recorded in Jefferson County with respect to the Property described hereinabove.

(6) Pursuant to the Debtor's Amended Plan as confirmed, the claim of Movant was to be paid in full by the Trustee. The Amended Plan provided for the payment of ad valorem taxes relative to the property as well as property insurance. Both of these expenses must be paid to adequately protect the

interest of Movant in this matter. Movant has had to advance $2,835.00 for payment of hazard insurance upon the improvement located upon the Property.

(7) Movant avers that the Mortgage marked Exhibit "A" is now in default and Debtor, Barbara A. Brewer, has failed to pay such expenses and Movant has had to advance $2,835.00 for payment of hazard insurance upon the improvement located upon the Property, as more fully set out in the affidavit attached hereto as Exhibit "B".

(8) Due to the default the terms of the note and mortgage to maintain these expenses, Movant, is entitled to relief from the Automatic Stay pursuant to Section 362(d)(1) of the Bankruptcy Code for cause shown including, but not limited to, lack of adequate protection.

(9) Debtor and Co-Debtor have demonstrated a default and an inability to make taxes and insurance payments required by the loan documents. Consequently, Movant is not adequately protected, and unless granted relief from the Automatic Stay and Co-Debtor Stay to repossess and dispose of the collateral, will suffer irreparable harm and injury.

(10) Movant further seeks relief in order to, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Movant may contact the Debtor and Co-Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

WHEREFORE, PREMISES CONSIDERED, your Movant Nationstar Mortgage LLC d/b/a Mr. Cooper, the servicing agent for US Bank National Association, not in Its Individual capacity but solely as Trustee for the CIM Trust 2017-8 Mortgage-Backed Notes, Series 2017-8, moves for termination of the stay pursuant to 11 U.S.C. § 362(a) and 11 U.S.C. § 1301(a) to permit Movant to enforce any and all of its respective rights, title and interest in and to the aforementioned property, including, but not limited to foreclosure, in accordance with the provisions of the note and mortgage, or in the alternative, granting adequate protection by requiring the immediate payment of the advanced amounts and further modifying the automatic stay to conditionally terminate upon a future default in payment of said expenses required under said Note, and the laws of the State of Alabama; for relief to contact Debtor at its option regarding loss mitigation agreements; for an award of reasonable attorney's fees; and for waiver of Bankruptcy Rule 4001(a)(3).

*/s/ Jackson E. Duncan, III*
Jackson E. Duncan, III
Attorney for Movant
Nationstar Mortgage LLC d/b/a Mr. Cooper, the servicing agent for US Bank National Association, not in Its Individual capacity but solely as Trustee for the CIM Trust 2017-8 Mortgage-Backed Notes, Series 2017-8

McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076
205-208-1804
Jackson.Duncan@mccalla.com

# CERTIFICATE OF SERVICE

      I hereby certify that I have served a true and correct copy of the foregoing Motion to the parties listed below by placing a copy of the same in the United States Mail first-class, postage prepaid, on this the 23rd day of December, 2020. Debtor's counsel was served with this motion via electronic filing issued by the Court Clerk to the email address on record with the Court.

<u>Debtor's Attorney</u>
William Gregory Biddle
greg@biddlefirm.com


and the following by regular U.S. Mail addressed to:


<u>Debtor</u>
Barbara A. Brewer
1531 Granville Avenue
Bessemer, AL 35020

<u>Co-Debtor</u>
**Dan Harmon Jr**
1531 Granville Avenue
Bessemer, AL 35020

<u>Trustee</u>
Bradford W. Caraway
Chapter 13 Standing Trustee
P O Box 10848
Birmingham, AL 35202-0848

                                          */s/ Jackson E. Duncan, III*
                                          Jackson E. Duncan, III
                                          Attorney for Movant


McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, Georgia 30076
205-208-1804
Jackson.Duncan@mccalla.com