# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

IN RE:

BARBARA A. BREWER,                           CASE NO.: 19-02370

DEBTOR.

## NOTICE OF FILING AFFIDAVIT

COMES NOW Nationstar Mortgage LLC d/b/a Mr. Cooper, the servicing agent for US Bank National Association, not in Its Individual capacity but solely as Trustee for the CIM Trust 2017-8 Mortgage-Backed Notes, Series 2017-8, by and through the undersigned Counsel, and files the attached Affidavit with the Court.

 

 

*/s/ Jackson E. Duncan, III*
Jackson E. Duncan, III
Attorney for Movant
Nationstar Mortgage LLC d/b/a Mr. Cooper, the servicing agent for US Bank National Association, not in Its Individual capacity but solely as Trustee for the CIM Trust 2017-8 Mortgage-Backed Notes, Series 2017-8

McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076
205-208-1804
Jackson.Duncan@mccalla.com

**EXHIBIT B**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

IN RE:

BARBARA A. BREWER,                          CASE NO.: 19-02370

DEBTOR.

### AFFIDAVIT IN SUPPORT OF THE MOTION FOR
### RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR
### STAY

Before me, the undersigned authority, personally appeared _Shonqualla Ray_ who being known to me and by me first duly sworn on oath, does depose and states the following:

1.      My name is _Holly Webb_ and I am a/an _Assistent Secretery_ the Bankruptcy Department at Nationstar Mortgage LLC d/b/a Mr. Cooper, the servicing agent for US Bank National Association, not in Its Individual capacity but solely as Trustee for the CIM Trust 2017-8 Mortgage-Backed Notes, Series 2017-8 ("Movant"). Part of my employment in the Bankruptcy Department is to monitor the processing of payments and/or communicate with various parties relating to a loan serviced by Movant, which is currently in bankruptcy. I have an understanding of how the books, records, and computer systems relating to loan servicing work at Nationstar Mortgage LLC d/b/a Mr. Cooper, the servicing agent for US Bank National Association, not in Its Individual capacity but solely as Trustee for the CIM Trust 2017-8 Mortgage-Backed Notes, Series 2017-8.

2.      The Debtor and Co-Debtor executed a Note and Mortgage in the principal amount of $99,000.00 on July 02, 2007, which note is secured by a real property being more particularly described in Movant's Motion for Relief from Automatic Stay on file and as evidenced by the Note and Mortgage attached to Movant's said Motion. Movant is the current holder of said Note and Mortgage. Debtor's Schedule A in the bankruptcy petition lists the current value of Debtor's interest in real property described hereinabove as $82,300.00.

3.      The subject Note Mortgage require Debtor to maintain hazard insurance and remit payment of ad valorem taxes on an annual basis. Debtor has failed to pay such expenses and Movant has had to advance $2,835.00 for payment of hazard insurance upon the improvement located upon the Property.

Signed this the _23_ day of _December_ , _2020_ .

_[signature]_

Assistant Secretary

Loan No XXXXXX5375

Sworn to and subscribed before me on this the 23rd day of December , 2020

_[signature]_

Notary Public

My commission expires: 5/21/23

City: Lewisville

State: Texas

HOLLY WEBB
Notary Public, State of Texas
Comm. Expires 06-21-2023
Notary ID 130235645

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing Motion to the parties listed below by placing a copy of the same in the United States Mail first-class, postage prepaid, on this the 23rd day of December, 2020. Debtor's counsel was served with this motion via electronic filing issued by the Court Clerk to the email address on record with the Court.

Debtor's Attorney
William Gregory Biddle
greg@biddlefirm.com


and the following by regular U.S. Mail addressed to:


Debtor
Barbara A. Brewer
1531 Granville Avenue
Bessemer, AL 35020

Co-Debtor
**Dan Harmon Jr**
1531 Granville Avenue
Bessemer, AL 35020

Trustee
Bradford W. Caraway
Chapter 13 Standing Trustee
P O Box 10848
Birmingham, AL 35202-0848

*/s/ Jackson E. Duncan, III*

Jackson E. Duncan, III
Attorney for Movant

McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, Georgia 30076
205-208-1804
Jackson.Duncan@mccalla.com