Form Number LR 4001-1 (c) (12/15)

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

In re:                                                  }      Case No. 19-02370
Barbara A. Brewer,                  }      Chapter 13
                                                   }
                                                   }
                 Debtor(s)                    }

## FACT SUMMARY SHEET FOR MOTION FOR RELIEF FROM AUTOMATIC STAY OR FOR ADEQUATE PROTECTION IN CHAPTER 7 AND 13 CASES

Type of Loan/Credit Transaction: Mortgage     Date of Loan/Credit Transaction 7/2/2007

Type of Collateral: Real Property     Monthly Payment: N/A

Amount Financed: $99,000.00     APR or Interest Rate: 8.0000%

Term of Loan: 180 months or 15 years

Payoff Amount: N/A as of N/A (Date)

Value of Collateral and Basis: $82,300.00 (Value) as of 6/28/2019 (Date) and Sch A (Basis)

Address of real property: 1531 Granville Avenue, Bessemer, Alabama 35020

Delinquent Pre-Petition Payments:    What Month(s)? N/A
                                                  Amount? N/A
                                                  Claim filed? ✓ Yes ___ No
                                                  Date claim filed: 08/20/2019    Claim Number 3-1

Number of Months of Pre-Petition Payment Default Put into Debtor's Chapter 13 Plan: Zero (0)

Delinquent Post-Petition Payments:    What Month(s)? N/A
                                                  Amount of mortgage payments? $0.00
                                                  Late Charges? $0.00
                                                  Court Costs / Attorney's fees? $1,031.00
                                                  Total Amount Due $1,031.00
                                                  Claim filed? ___ Yes ✓ No
                                                  Date claim filed: N/A    Claim Number N/A

Number of Post-Petition Payments Received (Not How Applied): Zero (0)
Number of Post-Petition Payments Held by Creditor but Not Applied to Debt: Zero (0)
Number of Post-Petition Payments Returned by Creditor to Debtor: Zero (0)

If Lease, Lease Expiration Date: N/A
If Terminated, Lease Termination Date: N/A

Insurer of Collateral: N/A
Term of Insurance: N/A (Expiration Date)

Prior Stay Order(s) Involving Movant, Including Current Case: ___ Yes ✓ No
                       If yes, give case number(s) and date(s) of order(s)
                       Case No.: _____ Date: _____
                       Case No.: _____ Date: _____
                       Case No.: _____ Date: _____

Debtor's Statement of Intention: N/A

Date December 23, 2020      Submitted by: /s/ Jackson E. Duncan, III
                                                                  (signature)